

# THE THIRTEENTH COURT OF APPEALS

---

## 13-14-00180-CR

---

Adrian Lerma
v.
The State of Texas

---

On Appeal from the
24th District Court of Goliad County, Texas
Trial Cause No. 14-02-4757-CR

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be reversed and the cause remanded to the trial court.  The Court orders the judgment of the trial court REVERSED and RENDERED for further proceedings in accordance with its opinion.

We further order this decision certified below for observance.

December 4, 2014